# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case No.:** 19-70331-PMB | **Trustee Name:** | (300320) S. Gregory Hays |
| **Case Name:** SOTKOVSKY, CRAIG<br>SOTKOVSKY, NISHI | **Date Filed (f) or Converted (c):** | 12/20/2019 (f) |
| | **§ 341(a) Meeting Date:** | 01/21/2020 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** | 06/30/2020 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Land in Mexico 36 Num 445 La Florida Merida, Yucatan | 3,000.00 | 0.00 | | 0.00 | FA |
| 2 | 3 BR, LR, DR, W/D | 800.00 | 0.00 | | 0.00 | FA |
| 3 | 3 Cell Phones, 2TVs, 3 Laptops, 2 Tablets | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | Clothes and Shoes | 400.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Savings: Georgia's Owner Credit Union | 7.00 | 0.00 | | 0.00 | FA |
| 7 | Checking: Georgia's Owner Creidt Union | 240.00 | 0.00 | | 0.00 | FA |
| 8 | MFS Multi Tracking | 3,055.00 | 0.00 | | 0.00 | FA |
| 9 | GlaxoSmithKline | 6,600.00 | 0.00 | | 0.00 | FA |
| 10 | IRA: Mainstay Funds | 10,990.00 | 0.00 | | 0.00 | FA |
| 11 | Potential Lawsuit for victim's compensation from 9/11 (Unknown amount Debtor Reserves the Right to Amend at a later date) | 0.00 | Unknown | | 0.00 | Unknown |
| 12 | Potential Lawsuit for victim's compensation from 9/11 against Saudi Arabia (Unknown amount Debtor Reserves the Right to Amend at a later date) (u) Claim added by amendment on 7/8/2020. | 0.00 | Unknown | | 0.00 | Unknown |
| 12 | **Assets    Totals**    (Excluding unknown values) | **$26,642.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee is monitoring Mr. Sotkovsky's claims in the September 11 Victims' Compensation Fund and claims against the government of Saudi Arabia and exemptions available in same.

**Initial Projected Date Of Final Report (TFR):**    06/30/2022          **Current Projected Date Of Final Report (TFR):**    06/30/2022

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | |
|---|---|
| **Case No.:** 19-70331-PMB | **Trustee Name:** (300320) S. Gregory Hays |
| **Case Name:** SOTKOVSKY, CRAIG<br>SOTKOVSKY, NISHI | **Date Filed (f) or Converted (c):** 12/20/2019 (f)<br>**§ 341(a) Meeting Date:** 01/21/2020 |
| **For Period Ending:** 06/30/2020 | **Claims Bar Date:** 06/30/2020 |

07/30/2020
Date

/s/S. Gregory Hays
S. Gregory Hays